■ In the Matter of JEFFREY STUDLEY, Appellant, v NEW YORK CITY DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT, Respondent. [715 NYS2d 697] —Order, Supreme Court, New York County (Walter Tolub, J.), entered September 7, 1999, which denied petitioner tenant's application to annul respondent HPD's issuance of a certificate of eviction, and directed entry of judgment dismissing the petition, unanimously affirmed, without costs.

The determination to issue a certificate of eviction on the ground that petitioner is not occupying the subject Mitchell-Lama apartment as his primary residence is rationally supported by evidence that petitioner owns a home in Maryland, his driver's license and car registration were issued by Maryland, his daughter attends Maryland public schools and he pays his taxes and last voted in Maryland (*see*, 28 RCNY 3-02 [n] [4]). Petitioner was also provided with sufficient notice of the charges against him (*see*, 28 RCNY 3-18 [a] [3]), the termination proceedings were properly commenced during the middle of the lease term (*see*, 28 RCNY 3-18 [h]), and, based on his illegal occupancy, petitioner was not entitled to an opportunity to cure (*see*, 28 RCNY 3-18 [b]). We have considered petitioner's remaining contentions and find them unavailing. Concur—Williams, J. P., Mazzarelli, Lerner, Buckley and Friedman, JJ.